

FILED
February 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002404648

Christian J. Younger, Bar No. 222983
**Younger & Hennecke, LLP**
1610 Arden Way, Suite 265
Sacramento, California 95815
(916) 564-8100 Telephone
(916) 564-8116 Facsimile

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JOHN J. HARRIS & AMADA A. HARRIS<br><br>Debtors. | Case No: 08-21232-B-7<br>DCN: CJY-7<br><br>Chapter 7<br><br>Date: March 2, 2010<br>Time: 9:32 am<br>Place: 501 I Street, 7th Floor Courtroom 32, Sacramento, CA |

### MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE

TO THE HONORABLE THOMAS C. HOLMAN, SUSAN SMITH/CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

The Debtors, JOHN AND AMADA HARRIS ("Debtors") hereby move this Court for an Order Granting Debtors' MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE based upon the following grounds:

1. Debtors originally filed a Chapter 13 case on February 1, 2008 and later converted to the above-referenced Chapter 7 bankruptcy case, bearing the case number 08-21232-B-7 on January 27, 2010.

2. Debtors own and operate a small day care named "De La Rosa Day Care." A true and correct copy of Schedule B of the Debtors' Voluntary Petition is filed concurrently herewith as Exhibit "A" and incorporated herein by reference. This business has no marketable value outside the Debtors' own efforts. The business is operated out of the debtors' home and has

no assets of its own. This business is the Co-Debtor's main occupation at the present time. The Debtors have invested substantial resources, time, and energy into this business and, because of the investment, wish to keep operating at the present time. If the Debtors cease operations, even for a short time, they will surely lose clientele, making it impossible to reopen and maintain its required expenses.

3. The day care business, listed herein and operated by the Debtors, has a liquidation value of approximately $8,546.36, which is fully exempt under various sections of the California Code of Civil Procedure. A true and correct copy of Schedule C of the Debtors' Voluntary Petition is filed concurrently herewith as Exhibit "B" and incorporated herein by reference.

4. The equity in Property is exempted pursuant to C.C.P. Sections 703.140(b)(3) as set forth in Debtors' Schedule C filed concurrently herewith in the List of Exhibits.

5. As the Property is protected and exempted, it is of inconsequential value to the bankruptcy estate, and there is nothing for the Trustee to administer to unsecured creditors.

DATED: February 9, 2010

/s/ Christian J. Younger
Christian J. Younger
Attorney for Debtors